UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIDIA LEONBERGER,

    Plaintiff,

    v.

WELLS FARGO BANK, et al.,

    Defendants.

_____/

No. C 13-1114 PJH

**JUDGMENT**

    The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute,

    It is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated: September 19, 2013

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge