UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIDIA LEONBERGER,

    Plaintiff,

    v.

WELLS FARGO BANK, et al.,

    Defendants.

_____/

No. C 13-1114 PJH

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES**

Defendant Wells Fargo's motion for an award of attorneys' fees and costs came on for hearing before this court on November 13, 2013. Plaintiff Lidia Leonberger ("plaintiff") did not appear at the hearing, nor did she file an opposition to Wells Fargo's motion. Wells Fargo appeared telephonically through its counsel, Viddell Heard. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS Wells Fargo's motion for attorneys' fees and costs for the reasons stated in the hearing and as follows.

As Wells Fargo points out, both it and plaintiff were parties to contracts that included attorneys' fees provisions (specifically, the note and the deed of trust). California Civil Code § 1717 states that, "where the contract specifically provides that attorney's fees and costs, which are incurred to enforce that contract, shall be awarded," then the prevailing party "shall be entitled to reasonable attorney's fees." The court, like other courts in this district, finds that section 1717's "shall be entitled" language makes the fee award mandatory. See, e.g., Omega v. Wells Fargo, 2012 WL 2249820, at *3 (N.D. Cal. June 15, 2012) (citing Hsu v. Abarra, 9 Cal.4th 863, 872 (1995)). Accordingly, the court GRANTS Wells Fargo's motion, and awards it **$9,725** in fees and costs.

**IT IS SO ORDERED.**

Dated: November 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge